# UNITED STATES DISTRICT COURT
## Northern District of California
### San Jose Division

| | |
|---|---|
| ALMA HERNANDEZ,<br><br>   Plaintiff,<br><br> v.<br><br>CHAPARRAL SUPER MARKET, INC., et al,<br>   Defendants.<br>_____/ | No. C 13-1826 HRL<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date:  November 25, 2013<br>Mediator: Michael Sobel |

  IT IS HEREBY ORDERED that the request to excuse defendants Nievelina Soler and Nora Carranza from participating in the November 25, 2013 mediation session before Michael Sobel is GRANTED.  Ms. Soler and Ms. Carranza shall be available by telephone to participate throughout the session pursuant to ADR L.R. 6-10(f).  In addition, defense representatives invested with full settlement authority on behalf of Ms. Soler and Ms. Carranza shall attend the session in person.

  IT IS SO ORDERED.

November 18, 2013    By: _____
Dated              Maria-Elena James
                 United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**