UNITED STATES DISTRICT COURT

Northern District of California

San Jose Division

ALMA HERNANDEZ,

    Plaintiff,

v.

CHAPARRAL SUPER MARKET, INC., et al,
    Defendants.
_____/

No. C 13-1826 HRL

**ORDER RE: ATTENDANCE AT MEDIATION**

Date:     November 25, 2013
Mediator:  Michael Sobel

IT IS HEREBY ORDERED that the request to excuse defendants Nievelina Soler and Nora Carranza from participating in the November 25, 2013 mediation session before Michael Sobel is GRANTED.  Ms. Soler and Ms. Carranza shall be available by telephone to participate throughout the session pursuant to ADR L.R. 6-10(f).  In addition, defense representatives invested with full settlement authority on behalf of Ms. Soler and Ms. Carranza shall attend the session in person.

IT IS SO ORDERED.

November 18, 2013     By:    _____
Dated                                         Maria-Elena James
                                                United States Magistrate Judge